**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | CASE NO.: 6:21-bk-00936-LVV |
| JEFFREY RENICK HEFNER | CHAPTER 13 |
| | |
| Debtor. | |
| _____/ | |
| | |
| ISLAND COSTAL CHARTERS LLC, | |
| and ROBERT McBRIDE, | |
| | |
| Plaintiffs, | |
| | |
| v. | ADVERSARY |
| | PROCEEDING NO.: |
| JEFFREY RENICK HEFNER | |
| | |
| Defendant. | |
| _____/ | |

**PLAINTIFF ISLAND COASTAL CHARTERS LLC**
**RULE 7007.1 STATEMENT OF CORPORATE OWNERSHIP**

Plaintiff, Island Coastal Charters LLC. ("ICC"), through the undersigned counsel, pursuant to 7007.1 of the Federal Rules of Bankruptcy Procedure submits its Statement of Corporate Ownership and states as follows:

1. Section 7007.1(a) of the Bankruptcy Code provides "[a]ny corporation that is a party to an adversary proceeding, other than the debtor or a governmental unit, shall file two copies of a statement that identifies any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under this subdivision."

2. ICC has no such enitities to report.

1

Dated: May 28, 2021

                                    Respectfully submitted,

                                    *s/Ethan B. Babb, Esq.*
                                    **AARON D. LYONS, ESQ.**
                                    Florida Bar No. 85758
                                    Email: alyons@laceyandlyons.com
                                    **ETHAN B. BABB, ESQ.**
                                    Florida Bar No.: 0127488
                                    Secondary: ebabb@laceyandlyons.com
                                    **LACEY| LYONS| REZANKA**
                                    1901 S. Harbor City Boulevard
                                    Suite 505
                                    Melbourne, Florida 32901
                                    Tel: (321) 608-0890
                                    Fax: (321) 608-0891

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing was filed with the Clerk of Court by using the CM/ECF system and will send a notice of electronic filling to all counsel of record on this 28th day of May 2021.

                                    */s/ Ethan B. Babb, Esquire*
                                    Ethan B. Babb, Esquire