# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:  CASE NO.: 6:21-bk-00936-LVV
CHAPTER 13

JEFFREY RENICK HEFNER

Debtor.
_____/

ISLAND COSTAL CHARTERS LLC,
and ROBERT McBRIDE,

Plaintiffs/Counter-Defendants,

v.  ADVERSARY PROCEEDING NO.: 6:21-ap-00095-LVV

JEFFREY RENICK HEFNER

Defendant/Counter-Plaintiff.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

Plaintiffs/Counter-Defendants, Island Coastal Charters LLC, ("ICC")., and Robert McBride ("McBride"), files this Answer and Affirmative Defenses to Counterclaim (Doc. 53) filed by Defendant/Counter-Plaintiff, Jeffrey Renick Hefner ("Hefner"), on March 21, 2022, stating as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Admitted for jurisdictional purposes only.

2. Admitted for jurisdictional purposes only.

3. Admitted for jurisdictional purposes only.

4. Admitted for jurisdictional purposes only.

5. Admitted for venue purposes only.

6. Admitted for jurisdictional purposes only.

1

7. Without knowledge and therefore denied.

8. Admitted that Hefner filed a petition for bankruptcy, otherwise denied.

9. Admitted.

10. Denied as phrased.

11. Denied.

12. Admitted Plaintiffs/Counter-Defendants obtain a Final Award of Arbitrators dated October 30, 2018 and state-court Final Judgment; all other allegation stated in paragraph 12 of the Counterclaim are denied.

13. Denied.

14. Denied.

## COUNT I – ACCOUNTING

15. Plaintiffs/Counter-Defendants reincorporates responses to Paragraphs 1 through 14 above.

16. The allegation/count speaks for itself; otherwise, denied.

17. Denied as phrased.

18. Florida Statute 605.0404 speaks for itself; otherwise, denied.

19. Denied as phrased.

20. Denied.

21. Denied.

22. Denied.

WHEREFORE, Counter-Defendants, Island Coastal Charters LLC and Robert McBride, prays that all relief sought in the Counterclaim (Doc. 53 ) filed by Counter-Plaintiff, Jeffrey

Renick Hefner, be denied, for an award of costs and attorneys' fees for having to defend this action, and for such other further relief as the Court deems just and equitable.

## COUNT II – RIGHT TO DISTRIBUTION

23. Plaintiffs/Counter-Defendants reincorporates responses to Paragraphs 1 through 14 above.

24. The allegation/count speaks for itself; otherwise, denied.

25. Florida Statute 605.0404 speaks for itself; otherwise, denied

26. Denied.

27. Denied.

WHEREFORE, Counter-Defendants, Island Coastal Charters LLC and Robert McBride, prays that all relief sought in the Counterclaim (Doc. 53) filed by Counter-Plaintiff, Jeffrey Renick Hefner, be denied, for an award of costs and attorneys' fees for having to defend this action, and for such other further relief as the Court deems just and equitable

## **AFFIRMATIVE DEFENSES**

Counter-Defendants specifically deny any and all allegations and conclusions of law, if any, to which they did not specifically reply in their Answer to the Counterclaim. In addition, Counter-Defendants, by and through their undersigned attorneys and without waiving their denials and defenses to the Counterclaim, state as follows for their affirmative defenses to the Counterclaim:

### First Affirmative Defense – Unclean Hands

To the extent that Counter-Plaintiff is seeking equitable relief in this cause, his prayer for the same is barred by unclean hands as a result of his misappropriation of Island Coastal Charters, LLC and its assets, along with the assets of Robert McBride.

### Second Affirmative Defense - Frustration of Purpose

Counter-Plaintiff's actions made the continuation of Island Coastal Charters, LLC impossible.

### Third Affirmative Defense – Statute of Limitations

Counter-Plaintiff's claims are barred by the Statue of Limitations pursuant to Florida Statue 95.11(3)(k).

### RESERVATION OF RIGHTS

In response to all causes of cation in the Counterclaim, Counter-Defendants allege that they have not knowingly or intentionally waived an applicable affirmative defenses and reserves the right to assert and rely on such other applicable affirmative defenses as may come available or apparent during discovery and further reserves the right to amend their answer and defenses accordingly and to delete defenses if determined are not applicable during the court of discover or other proceedings in this case.

Dated: March 25, 2022.

        Respectfully submitted,

        *s/Ethan B. Babb, Esq.*
        **AARON D. LYONS, ESQ.**
        Florida Bar No. 85758
        Email: alyons@laceyandlyons.com
        **ETHAN B. BABB, ESQ.**
        Florida Bar No.: 0127488
        Secondary: ebabb@laceyandlyons.com
        **LACEY| LYONS| REZANKA**
        6023 Farcenda PL
        Suite 102
        Melbourne, Florida 32940
        Tel: (321) 608-0890
        Fax: (321) 608-0891
        Attorneys for Plaintiffs/Counter-Defendants

*Certificate of service to follow*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of March, 2022, a true and correct copy of the foregoing has been provided electronically via the Court's CM/ECF E-filing system to all registered recipients, including Jeffrey S. Ainsworth, Esquire, Jacob D. Flentke, Esquire and Robert B. Branson, Esquire., BransonLaw, PLLC, 1501 E. Concord Street, Orlando, Florida 32803, via e-mail to jeff@bransonlaw.com; jacob@bransonlaw.com and robert@bransonlaw.com.

/s/ *Ethan B. Babb, Esquire*
Ethan B. Babb, Esquire